# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL 2804 |
| **THIS DOCUMENT RELATES TO:** | Case No. 1:17-md-2804 |
| *County of Carbon v. Purdue Pharma L.P., et al.,* Case No. 19-op-45337 | Judge Dan Aaron Polster |
| | **REMAND ORDER** |
| *Delaware County, Pennsylvania v. Purdue Pharma L.P., et al.,* Case No. 19-op-45285 | |

Upon consideration of the Removing Defendant's Notice of Consent to Remand, it is hereby **ORDERED** that the actions entitled *County of Carbon v. Purdue Pharma L.P., et al.*, Case No. 19-op-45337, Doc #: 54 (E.D. Pa.) and *Delaware County, Pennsylvania v. Purdue Pharma L.P., et al.*, Case No. 19-op-45285, Doc #: 60 (E.D. Pa.) are **REMANDED** to the Court of Common Pleas of Delaware County, Pennsylvania.[1]

**IT IS SO ORDERED.**

 */s/ Dan Aaron Polster  July 2, 2019*
 **DAN AARON POLSTER**
 **UNITED STATES DISTRICT JUDGE**

---

[1] These Notices are the only responses to the Scheduling Order, Doc #: 1708, the Court filed in Case No. 1:17-md-2804 on June 20, 2019.