July 2, 2019

Delaware County Clerk of Courts
201 W. Front Street
Media, PA 19063

RE: Remand to Delaware County Court of Common Pleas
USDC Northern District of Ohio Case Nos.: 1:19op45285 and 1:19op45337
Common Pleas Case Nos.: 2017-008095 Delaware County, PA v. Purdue Pharma and County of Carbon v. Purdue Pharma

Dear Clerk:

On July 2, 2019, the Honorable Dan Aaron Polster, United States District Judge, entered an Order remanding the above-mentioned cases to your court. I am enclosing certified copies of our docket sheet and the order of remand. Other documents in this case can be accessed electronically on the internet at https://ecf.ohnd.uscourts.gov .

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope.

Sincerely,


Sandy Opacich, Clerk

By: s/Robert Pitts
  Deputy Clerk